UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SERECEN PROCYON WANDERLICH, | Civil No. 3:25-cv-00522-HL |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  On remand, an administrative law judge will offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.  The ALJ will also reevaluate the prior administrative medical findings; if warranted, further consider the residual functional capacity; and if warranted, continue the sequential evaluation process, including obtaining vocational expert testimony.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  After judgment, Plaintiff

may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice

Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

      IT IS SO ORDERED this   31   day of    July    2025.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

SCOTT E. BRADFORD
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
Office of the General Counsel

s/ Christopher Vieira
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
Office of the General Counsel
(510) 970-4808
christopher.vieira@ssa.gov
Attorneys for Defendant